UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WILLILAM C. DEAN,**           CASE NO.   3:12-cv-267

   Plaintiff,                   **Judge Timothy S. Black**

   -vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

   **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUSBATANTIAL EVIDENCE,** and **AFFIRMED;** and that the case is **CLOSED** from the docket of the Court.

Date: August 26, 2013                    **JOHN P. HEHMAN, CLERK**

                                         By: _s/ M. Rogers_____
                                         Deputy Clerk